## James A. BRADY, Petitioner,

v.

## UNITED STATES POSTAL SERVICE, Respondent.

No. 2008–3359.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.

James Brady, Key West, FL, pro se.

Morris E. Fischer, Law Office of Morris E. Fischer, Bethesda, MD, for Petitioner.

Austin M. Fulk, Department of Justice, Washington, DC, for Respondent.

ON MOTION

*ORDER*

James A. Brady, having submitted the required appendix. Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's June 16, 2009 dismissal and the mandate be, and the same hereby

are vacated and recalled, and the notice of appeal is reinstated.

(2) The appendix is accepted for filing.